IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:15-CR-107 |
| | ) |
| **RODOLFO IBARRA-BANUELOS** | ) |

## **VERDICT FORM**

We, the members of the jury, find unanimously from all the evidence as follows:

1. As to **Count Two** of the Superseding Indictment charging a violation of 21 U.S.C. § 841 and § 846 (conspiracy to distribute and possess with the intent to distribute methamphetamine), we find the defendant **RODOLFO IBARRA-BANUELOS**

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

*[If you have found the defendant Guilty of Count Two, go on to answer question 1A. If you have found the defendant Not Guilty of Count Two, skip question 1A and proceed to question 2]*

1A. We, the members of the jury, find beyond a reasonable doubt that the amount of methamphetamine involved in the conspiracy is:

\_\_\_✓\_\_\_ 50 grams or more

_____ Five grams or more, but less than 50 grams

_____ Less than five grams

2. As to **Count Four** of the Superseding Indictment charging a violation of 18 U.S.C. §§ 1956(a)(1) and (h) (conspiracy to conduct and attempt to conduct financial transactions involving the proceeds of unlawful activities), we find the defendant **RODOLFO IBARRA-BANUELOS**

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY


3. As to **Count Forty-Eight** of the Superseding Indictment charging a violation of 21 U.S.C. §§ 2 and 841 (aiding and abetting the distribution of methamphetamine), we find the defendant **RODOLFO IBARRA-BANUELOS**

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

*[If you have found the defendant Guilty of Count Forty-Eight, go on to answer question 3A. If you have found the defendant Not Guilty of Count Forty-Eight, skip question 3A and proceed to question 4]*


3A. We, the members of the jury, find beyond a reasonable doubt that the amount of methamphetamine involved in Count Forty-Eight is:

\_\_✓\_\_ Five grams or more

_____ Less than five grams

4. As to **Count Forty-Nine** of the Superseding Indictment charging a violation of 21 U.S.C. §§ 2 and 841 (aiding and abetting the distribution of methamphetamine), we find the defendant **RODOLFO IBARRA-BANUELOS**

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

*[If you have found the defendant Guilty of Count Forty-Nine, go on to answer question 4A. If you have found the defendant Not Guilty of Count Forty-Nine, skip question 4A and proceed to question 5]*

4A. We, the members of the jury, find beyond a reasonable doubt that the amount of methamphetamine involved in Count Forty-Nine is:

\_\_\_✓\_\_\_ 50 grams or more

_____ Five grams or more, but less than 50 grams

_____ Less than five grams

5. As to **Count Fifty** of the Superseding Indictment charging a violation of 21 U.S.C. §§ 2 and 841 (aiding and abetting possession with the intent to distribute methamphetamine), we find the defendant **RODOLFO IBARRA-BANUELOS**

_____ NOT GUILTY

___✓___ GUILTY

[*If you have found the defendant Guilty of Count Fifty, go on to answer question 5A. If you have found the defendant Not Guilty of Count Fifty, skip question 5A*]

5A. We, the members of the jury, find beyond a reasonable doubt that the amount of methamphetamine involved in Count Fifty is:

___✓___ 50 grams or more

_____ Five grams or more, but less than 50 grams

_____ Less than five grams

SO SAY WE ALL.

Foreperson

Dated: June 7, 2017

4